IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KYNDALYN CHERRY, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAPTIST MEMORIAL HEALTH CARE CORPORATION and MISSISSIPPI BAPTIST MEDICAL CENTER, INC. d.b.a. BAPTIST MEMORIAL HOSPITAL—MISSISSIPPI BAPTIST MEDICAL CENTER,<br><br>Defendants. | Civil Action No. 2:22-cv-2179-JTF-cgc<br><br>Collective Action<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF THE SETTLEMENT AGREEMENT AND ATTORNEYS' FEES AND COSTS**

Plaintiff Kyndalyn Cherry, through her undersigned counsel, respectfully moves this Court for an Order:

1. Granting approval of the Parties' FLSA Settlement Agreement and Release ("Settlement Agreement") as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.[1]

2. For settlement purposes, finally certifying the following collective pursuant to 29 U.S.C. § 216(b):

> All current and former nurses who were employed by Defendants and paid on an hourly basis in the United States during the applicable limitations period who worked more than forty (40) hours and who received a seasonal

---

[1] The Court granted Defendants' Unopposed Motion for Leave to File the FLSA Settlement Agreement Under Seal on May 3, 2023 (ECF No. 37).

bonus in at least one workweek between March 23, 2019 and March 19, 2022 (the "Settlement Collective").

3. Approving the Service Payment to the Named Plaintiff included in the Settlement Agreement, in recognition of her efforts in bringing and prosecuting this matter on behalf of the Settlement Collective and in consideration of her broader release of claims in favor of Defendants.

4. Approving Berger Montague PC as Plaintiff's Counsel for the Settlement Collective and approving the award of attorneys' fees to Plaintiff's Counsel in the amount of $65,528.54, and reimbursement of Plaintiff's Counsel's out-of-pocket costs in the amount of $1,1,38.13.

5. Authorizing dissemination of the Settlement Payments to members of the Settlement Collective.

6. Dismissing this case against Defendants with prejudice.

This Motion is based on the accompanying Memorandum of Law, the declaration of Camille Fundora Rodriguez in support, the attached Exhibits, and all other records, pleadings and papers on file in this action. Defendants do not oppose this Motion. A proposed Order is submitted for the Court's consideration.

Dated: May 4, 2023

**BERGER MONTAGUE PC**

*/s/ Camille Fundora Rodriguez*
Shanon J. Carson, PA Bar ID 85957
Camille Fundora Rodriguez, PA Bar ID 312533
Alexandra K. Piazza, PA Bar ID 315240
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4620
scarson@bm.net
crodriguez@bm.net
apiazza@bm.net

*Attorneys for Plaintiff*
*and the Proposed FLSA Collective*

**CERTIFICATE OF CONSULTATION**

I, Camille Fundora Rodriguez, hereby certify that Plaintiff's Counsel has met and conferred with Counsel for Defendants, in compliance with Local Rule 7.2(a)(1)(B), and the parties are in agreement with the action requested by foregoing motion.

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download on this 4th day of May, 2023.

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez