# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KYNDALYN CHERRY, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAPTIST MEMORIAL HEALTH CARE CORPORATION and MISSISSIPPI BAPTIST MEDICAL CENTER, INC. d.b.a. BAPTIST MEMORIAL HOSPITAL—MISSISSIPPI BAPTIST MEDICAL CENTER,<br><br>Defendants. | Case No. 2:22-cv-2179-JTF-cgc<br><br>Collective Action |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice in accordance with the parties' Motion for Settlement, filed on May 4, 2023, (ECF No. 39), and the Order Approving Settlement, filed on May 5, 2023, (ECF No. 40.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

May 5, 2023  
DATE

WENDY OLIVER  
CLERK

s/Jarrod Nelson  
(BY) LAW CLERK